## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Edwin J. Santiago Rivera | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 1:16-cv-12317-GAO |
| Warden Jeff Grondolsky | * | |
| | * | |
| Defendant, | * | |

## ORDER

June 28, 2017

O'Toole, D.J.

Pursuant to the Opinion and Order [15] entered on 06/28/2017 DENYING [1] Plaintiff's

PETITION for Writ of Habeas Corpus (2241) ,this case is hereby CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge